IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stringer, Jesse | Case Number: 08 B 18027 |
|---|---|---|
| | Stringer, Yvette | Judge: Wedoff, Eugene R |
| | Printed: 11/18/08 | Filed: 7/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 2, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,521.50 | 0.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 22,093.00 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 96.51 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 1,096.86 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 134.98 | 0.00 |
| 8. | ACL Inc | Unsecured | 15.26 | 0.00 |
| 9. | Evergreen Emergency Service | Unsecured | 6.38 | 0.00 |
| 10. | Illinois Lending Corporation | Unsecured | 65.34 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 63.23 | 0.00 |
| 12. | Santander Consumer USA | Unsecured | 230.43 | 0.00 |
| 13. | Americas Financial Choice Inc | Unsecured | 71.54 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 116.00 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 29.32 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,662.53 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 246.71 | 0.00 |
| 18. | HSBC Auto Finance | Secured | | No Claim Filed |
| 19. | WFS Financial | Secured | | No Claim Filed |
| 20. | Advocate Christ Medical Center | Unsecured | | No Claim Filed |
| 21. | Collect Systems | Unsecured | | No Claim Filed |
| 22. | Wow Internet | Unsecured | | No Claim Filed |
| 23. | Academy Collection Service | Unsecured | | No Claim Filed |
| 24. | Annointed Health | Unsecured | | No Claim Filed |
| 25. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 26. | AmSher Collection Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Stringer, Jesse
Stringer, Yvette
Printed: 11/18/08

Case Number: 08 B 18027
Judge: Wedoff, Eugene R
Filed: 7/14/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | CBA | Unsecured | | No Claim Filed |
| 28. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 29. | Comcast | Unsecured | | No Claim Filed |
| 30. | Carpet Corner | Unsecured | | No Claim Filed |
| 31. | Credit Management Co. | Unsecured | | No Claim Filed |
| 32. | Consultants In Clinical Pathol | Unsecured | | No Claim Filed |
| 33. | Credit Protection Association | Unsecured | | No Claim Filed |
| 34. | Credit Protection Association | Unsecured | | No Claim Filed |
| 35. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 36. | First Premier | Unsecured | | No Claim Filed |
| 37. | Ecare Payment Services | Unsecured | | No Claim Filed |
| 38. | FL Fst Fin | Unsecured | | No Claim Filed |
| 39. | H&R Block | Unsecured | | No Claim Filed |
| 40. | Dept. OF Veteran Affairs | Unsecured | | No Claim Filed |
| 41. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 42. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 43. | Americash Loans | Unsecured | | No Claim Filed |
| 44. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 45. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 46. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 47. | Midland Credit Management | Unsecured | | No Claim Filed |
| 48. | Olive Harvey College | Unsecured | | No Claim Filed |
| 49. | PLS Financial | Unsecured | | No Claim Filed |
| 50. | Professional Account Management | Unsecured | | No Claim Filed |
| 51. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 52. | Professional Account Management | Unsecured | | No Claim Filed |
| 53. | Smith Rouchon & Associates | Unsecured | | No Claim Filed |
| 54. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 55. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 56. | State Collection Service | Unsecured | | No Claim Filed |
| 57. | QC Financial Services | Unsecured | | No Claim Filed |
| 58. | Superior Mgt. | Unsecured | | No Claim Filed |
| 59. | Surety Finance | Unsecured | | No Claim Filed |
| 60. | AFNI | Unsecured | | No Claim Filed |
| 61. | Tribute | Unsecured | | No Claim Filed |
| | | | $ 29,449.59 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stringer, Jesse<br>Stringer, Yvette<br>Printed: 11/18/08 | Case Number:  08 B 18027<br>Judge:  Wedoff, Eugene R<br>Filed:  7/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

